UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**DONALD NORVELL, individually and on behalf of all others similarly situated,**

        **Plaintiff,**

        **-v-**

**FIRST NATIONAL COLLECTION BUREAU INC.,**

        **Defendants.**

Civil Case No:  5:21-cv-00579-LCB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, without prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:		September 13, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*PRO HAC VICE*

/s/ David I. Schoen
David I. Schoen, Esq.
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Tel: (334) 395-6611
Email: dschoen593@aol.com

*Attorneys for Plaintiff
Donald Norvell*

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr., Esq.
CHRISTIAN AND SMALL, LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Tel: (205) 795-6588
Email: ljyoung@csattorneys.com

*Attorneys for Defendant
First National Collection Bureau Inc.*